*SAMPLE ONLY*       19-3747
SECT.R MAG 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOUR NAME,  KING LEONOTIS, QUEEN Marie A. PicQUET
Plaintiff        GARFIELD HOWARD, JR. SUCCeRR Heir RoYaL Child
-vs-  QUEEN ELiZEbeth RoYaL FamiLY ALL

DEFENDANT(S) NAME(S),
Defendant(s)

COMPLAINT

JURISDICTION

1. *A statement of jurisdiction*
(Separate Paragraph)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PARTIES

2. *A statement of the parties*
(Separate Paragraph)

SOCIAL SecuRitY OFFices WORLDWIDE
NATIONWIDE

COMPLAINT

3. *A statement of claim*
(Separate Paragraph)

DEMAND

4. *A statement of relief*
(Separate Paragraph)

I WANT to have all control of my
Life, my money without the Federal
GoveRNment controling me putting me
on PSYchI meds

I'm the only True Real RoYal famiLY with
the blood and birth right record name
Garfield Howard JR  Garfield Howard Jr.

Dated: 3 /27/19

Garfield Howard Jr
843 camp st
N.O. LA 70130

(YOUR SIGNATURE IN **INK**)
Your Name Typed or Printed
Street Address
City, State, Zip code
Telephone Number

SAMPLE ONLY